FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 24 2017
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

AVERY L.A. MOORE                                          PLAINTIFF

v.                        CASE NO. 4:17-cv-540-BSM

UNIVERSITY OF ARKANSAS LITTLE ROCK            DEFENDANT

## MOTION FOR INJUNCTIVE RELIEF

COMES NOW Plaintiff, Avery L.A. Moore, by and through her counsel, Lorraine Hatcher, and for her Motion for Injunctive Relief herein, alleges and states:

1. That Plaintiff, Avery Moore is a resident of Pulaski County, Arkansas.

2. Defendant, University of Arkansas Little Rock, is an institution of higher learning whose principal place of operation is located at 2801 South University, Little Rock, AR 72204.

3. Plaintiff filed a Complaint for Discrimination pursuant to The Americans with Disabilities Act of 1990 including a conforming amendment to the Rehabilitation Act of 1973 that affects the meaning of the term disability in Section 504 of the Rehabilitation Act.

4. Plaintiff is currently enrolled for Fall Semester in the graduate school, specifically, the College of Education and Health Professions located at the University of Arkansas Little Rock.

5. Plaintiff is in the second year of her studies and planned to complete all course requirements in time to graduate by Spring 2018.

6. Plaintiff seeks immediate relief to prevent the Defendant from changing, cancelling, or modifying her Fall 2017 course registration; impairing, encumbering, or making deductions from her award of financial aid for Fall 2017; and preventing Defendant's faculty, staff, and administration from interfering with, denying, or in any manner compromising accommodation designed to facilitate Plaintiff's access to courses, materials, resources, advising, records (both academic and financial), or any other educational accoutrements in order for her to achieve academic success.

7. Plaintiff is a handicapped person within the meaning and definition outlined in 45 FR 30936 Section 104.3 (j)(1) and (2).

8. Defendant has engaged in discriminatory practices in violation of the Act by excluding Plaintiff on the basis of her handicap or disability from full participation in, or benefit from, the aid, benefit, or service that is afforded others.

9. Defendant substantially impaired, and continues impairing, Plaintiff's accomplishment of the objectives of Defendant's program and activities with respect to handicapped persons, or that perpetuate discrimination.

10. Defendant has limited, and continues limiting, Plaintiff's enjoyment of rights, privileges, advantages, or opportunities enjoyed by others receiving an aid, benefit, or service.

11. Defendant, has refused, and is refusing, to make reasonable accommodation to the known physical or mental limitations of Plaintiff.

12. The accommodation(s) requested by Plaintiff pose no undue hardship on Defendant's operations, programs, or activities.

13. Defendant refuses, and continues to refuse, to make such modifications to its academic requirements as are necessary to ensure that such requirements do not discriminate or have the effect of discriminating on the basis of handicap, against a qualified handicapped student.

14. There is more than a reasonable likelihood Plaintiff's claim for relief will be sustained based on the merits of the Complaint.

15. Plaintiff will suffer irreparable harm without injunctive relief. Defendant would impose restraints on her ability to enroll in specific classes required to be taken in a proscribed order that will not repeat in a timely manner sufficient to allow her to graduate on schedule. Additionally, Plaintiff will incur expense for additional courses from which Defendant withdrew her

without consent. Plaintiff would also suffer irreparable harm from the continuation of discriminatory conduct including not providing the reasonable accommodation she seeks for her disabling condition to facilitate her continued academic success.

16. The harms described in the preceding paragraph are significantly greater for Plaintiff should the relief she seeks not be granted than any adversity Defendant may experience if the relief to Plaintiff is granted.

17. Granting the relief Plaintiff seeks will facilitate public interests in avoiding the deleterious effects of discrimination on persons with disabilities, including denial of accommodation.

WHEREFORE, Plaintiff requests that she be granted an injunction as described herein, for her costs and attorney's fees; and, for all other just and proper relief to which she may be entitled and that this Court may deem appropriate.

BY: _____
LORRAINE HATCHER, AR Sup Ct # 2003-009
Attorney for Plaintiff, Avery Moore
P.O. Box 1795
Little Rock, AR 72203
Phone: (501) 681-2402
lorrainehatcher@yahoo.com