IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**AVERY L. MOORE**  **PLAINTIFF**

v.   **CASE NO. 4:17-CV-00540 BSM**

**UNIVERSITY OF ARKANSAS LITTLE ROCK**  **DEFENDANT**

**ORDER**

Plaintiff Avery Moore's motion for leave to proceed *in forma pauperis* [Doc. No. 1] is denied because, regardless of her financial status, she is more than capable of holding gainful employment.  Complaint ¶ 13, Doc. No. 2 (plaintiff has two undergraduate degrees and is currently enrolled in a graduate program in the College of Education and Health Professions).

IT IS SO ORDERED this 25th day of August 2017.

_____
UNITED STATES DISTRICT JUDGE