IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

AVERY L.A. MOORE                                                         PLAINTIFF

v.                             CASE NO. 4:17-CV-00540 BSM

UNIVERSITY OF ARKANSAS LITTLE ROCK             DEFENDANT

## MOTION FOR RECONSIDERATION

COMES NOW Plaintiff, Avery L.A. Moore, by and through her counsel, Lorraine Hatcher, and for her Motion for Reconsideration herein, alleges and states:

1. Plaintiff, Avery Moore, filed an Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form), [Doc. No. 1].

2. On August 25, 2017, an Order was entered denying her the relief she requested on the basis, "[Plaintiff] is more than capable of holding gainful employment." [Doc. No. 4]

3. As disclosed on her Application, Plaintiff *is* employed, and attends school full time. Her earnings are insufficient to raise her status above the poverty level.

4. Also, as disclosed on her Application, Plaintiff receives Social Security Disability Income (SSDI) due to her disability and reduced income.

5. Further, Plaintiff relies heavily on financial aid to sustain her livelihood through the auspices of her graduate studies, most of which is debt she will become obligated to repay upon graduation,. As disclosed, she is presently indebted approximately $100,000.

6. It is this financial aid that is in jeopardy due to the conduct outlined in her Complaint. Based on Defendant's actions, Plaintiff will lose her financial aid, her only source of income aside from the combination of earnings and SSDI totaling approximately $900 per month.

7. The denial of the motion for leave to proceed *in forma pauperis* was predicated on "regardless of her financial status," however, it is precisely a Plaintiff's financial status that warrants consideration as to whether the courthouse doors should be closed to someone seeking justice without the financial resources to pay.

8. Plaintiff concurs in the assertion that she has two undergraduate degrees and is currently enrolled in the graduate school, specifically, the College of Education and Health Professions located at the University of Arkansas Little Rock. However, neither degree has yielded professional employment, or employment above minimum wage, despite her continuous efforts to land more substantive employment. Her continued enrollment in the graduate

program that could lead to licensure and more lucrative employment is in jeopardy because of Defendant's conduct, necessitating her Complaint herein.

9. The most recent position to which Plaintiff was applied at the beginning of August 2017 was with the Arkansas State Police. Part of the application process required submission of her college transcript. Plaintiff was unable to obtain her transcript due to a hold Defendant has placed on her academic records.

10. Plaintiff, although capable, does not currently have the financial resources available to pay filing fees and costs, and seeks relief from this burden.

WHEREFORE, Plaintiff respectfully requests that the denial of her motion to proceed *in forma pauperis* be reconsidered and approved; and, for all other just and proper relief to which she may be entitled and that this Court may deem appropriate.

BY: _____
LORRAINE HATCHER, AR Sup Ct # 2003-009
Attorney for Plaintiff, Avery Moore
P.O. Box 1795
Little Rock, AR 72203
Phone: (501) 681-2402
lorrainehatcher@yahoo.com