IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

AVERY L.A. MOORE                                                                         PLAINTIFF

v.                                              4:17-CV-540-BSM

BOARD OF TRUSTEES OF THE
UNIVERSITY OF ARKANSAS; UNIVERSITY
OF ARKANSAS d/b/a University of Arkansas
Little Rock—College of Education and Health
Professions; and ANN BAILEY BAIN, WILLIAM E.
GARNER, GAIL HUGHES, NANCY HAMILTON,
and RAYMOND ORTEGA, Individually, and acting
in their official capacities as employees of the
University of Arkansas Little Rock                                              DEFENDANTS

## JOINT FEDERAL RULE OF CIVIL PROCEDURE 26(f) REPORT

The parties, by and through their counsel, Lorraine Hatcher for the Plaintiff and Sarah James, Associate General Counsel, University of Arkansas System, for the Defendants, submit the following information in compliance with Federal Rule of Civil Procedure Rule 26(f) and Local Rule 26.1.

1.  Any changes in timing, form, or requirements of mandatory disclosures under Federal Rule of Civil Procedure Rule 26(a).

RESPONSE:   No.

2.  Date when mandatory disclosures were or will be made.

RESPONSE:   On or before April 3, 2018.

3.  Subjects on which discovery may be needed.

RESPONSE:   Liability, damages, affirmative defenses.

4. Whether any party will likely be requested to disclose or produce information from electronic or computer-based media. If so:

RESPONSE: Plaintiff and Defendants anticipate seeking disclosure of computer-based information. As such, the parties further state:

a. whether disclosure or production will be limited to data reasonably available to the parties in the ordinary course of business;

RESPONSE: It is anticipated that the sought disclosures will be data reasonably available to Plaintiff and Defendants.

b. the anticipated scope, cost and time required for disclosure or production of data beyond what is reasonably available to the parties in the ordinary course of business;

RESPONSE: The parties anticipate that the scope cost and time required for disclosure of data will not exceed what is reasonably available to the parties, but if such production becomes necessary, the parties will timely inform the Court.

c. the format and media agreed to by the parties for the production of such data as well as agreed procedures for such production;

RESPONSE: Information that is stored electronically will be provided in the format in which it is ordinarily kept.

d. whether reasonable measures have been taken to preserve potentially discoverable data from alteration or destruction in the ordinary course of business or otherwise;

RESPONSE: It is agreed that all parties have and will take reasonable measures to preserve potentially discoverable data from alteration or destruction in the ordinary course of business or otherwise.

    e.  other problems which the parties anticipate may arise in connection with electronic or computer-based discovery.

  RESPONSE: None at this time.

  5. Date by which discovery should be completed.

  RESPONSE: Parties propose September 3, 2018.

  6. Any needed changes in limitations imposed by the Federal Rules of Civil Procedure.

  RESPONSE: None at present.

  7. Any Orders, e.g. protective orders, which should be entered.

  RESPONSE: None at this time; however, should any such Protective Orders be needed, the parties will so advise the Court and will attempt to reach a mutually acceptable order of protection.

  8. Any objections to initial disclosures on the ground that mandatory disclosures are not appropriate in the circumstances of the action.

  RESPONSE: No.

  9. Any objections to the proposed trial date.

  RESPONSE: None.

  10. Proposed deadline for joining other parties and amending the pleadings.

  RESPONSE: Parties propose June 6, 2018 or 180 days prior to the trial date.

  11. Proposed deadline for completing discovery.

  RESPONSE: Parties propose September 3, 2018.

  12. Proposed deadline for filing motions.

RESPONSE:   September 28, 2018, except for motions in limine, which are to be filed by November 15, 2018.

        Respectfully submitted,

        BOARD OF TRUSTEES OF THE
        UNIVERSITY OF ARKANSAS, et. al

By:   /s/ Sarah L. James

        Sarah L. James
        Arkansas Bar# 90135
        Associate General Counsel
        University of Arkansas System
        2404 North University Avenue
        Little Rock, AR  72207-3608
        Telephone:  (501) 686-2519
        Fax:  (501) 686-2517
        EMAIL:  sjames@uasys.edu

        AVERY L.A. MOORE

By:   /s/  Lorraine Hatcher

        Lorraine Hatcher
        Arkansas Bar# 2003-009
        P.O. Box 21294
        Little Rock, AR 72221
        Phone: (501) 681-2402
        EMAIL:  lorrainehatcher@yahoo.com

### CERTIFICATE OF SERVICE

I, Sarah L. James, do hereby certify that on March 26, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Lorraine Hatcher
P.O. Box 21294
Little Rock, AR 72221
Phone: (501) 681-2402
lorrainehatcher@yahoo.com

        /s/  Sarah L. James (#90135)
        Associate General Counsel
        University of Arkansas
        2404 North University Avenue

Little Rock, AR 72207-3608
Phone: 501-686-2519
Fax: 501-686-2517
E-mail: sjames@uasys.edu